IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>COGNIPOWER, LLC<br><br>Defendant. | C.A. No. 20-cv-15-CFC |

**PLAINTIFF'S MOTION TO DISMISS FOR LACK OF JURISDICTION**

Plaintiff Power Integrations, Inc. ("PI") hereby moves to dismiss this case in its entirety for lack of subject matter jurisdiction. The grounds for the motion are fully set forth in PI's Opening Brief, submitted herewith.

Dated: January 12, 2022       FISH & RICHARDSON P.C.

By: */s/ Warren K. Mabey, Jr.*
Douglas E. McCann  (No. 3852)
Warren K. Mabey, Jr. (No. 5775)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070
Email:  dmccann@fr.com;
mabey@fr.com

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

1