# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>COGNIPOWER, LLC<br><br>Defendant. | C.A. No. 20-cv-15-CFC |

## DECLARATION OF MICHAEL R. HEADLEY IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS

I, Michael R. Headley, declare as follows:

1. I am a principal at Fish & Richardson P.C., counsel of record in this action for Power Integrations, Inc. I am a member of the Bar of the State of California and am admitted to this Court *pro hac vice*. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of my e-mail of September 8, 2021, to CogniPower's lead counsel, Gary Sorden, attaching Power Integrations' covenant not to sue.

3.      Attached hereto as **Exhibit B** is a true and correct copy of Power Integrations' covenant not to sue CogniPower regarding this matter as sent to CogniPower's lead counsel on September 8, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12 day of January, 2022, at Redwood City, California.

<u>/s/ Michael R. Headley</u><br>
Michael R. Headley