IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>COGNIPOWER, LLC<br><br>Defendant. | C.A. No. 20-cv-15-CFC |

### ~~PROPOSED~~ ORDER

The Court, having reviewed the briefing and arguments on both sides regarding the Motion to Dismiss filed by Plaintiff Power Integrations, hereby ORDERS that PI's Motion to Dismiss this case in its entirety is GRANTED.

In addition to PI's infringement claims, all claims asserted in CogniPower's Answer, Affirmative Defenses, and Counterclaims (D.I. 19) are hereby dismissed with prejudice.

_____
Honorable Colm F. Connolly