# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>COGNIPOWER LLC,<br><br>Defendant. | :<br>:<br>:<br>: Case No.: 20-cv-00015-CFC<br>:<br>:<br>: JURY TRIAL REQUESTED<br>:<br>:<br>: |

## DEFENDANT COGNIPOWER, LLC'S MOTION FOR ATTORNEY'S FEES PURSUANT TO FED. R. CIV. P. 52(d)(2) AND 35 U.S.C. § 285

Pursuant to Fed. R. Civ. P. 54(d)(2), Defendant CogniPower, LLC ("CogniPower") files this Motion seeking an award of attorney's fees. Specifically, CogniPower requests the Court find Plaintiff Power Integrations, Inc.'s ("PI") litigation conduct in this case exceptional and hold PI liable to CogniPower for its attorney's fees. Further, CogniPower respectfully requests that the Court bifurcate briefing on the amount and reasonableness of attorney's fees and permit additional briefing regarding these matters once PI's liability to CogniPower for fees is established. *See* Fed. R. Civ. P. 54(d)(2)(C). The grounds for the motion are set forth in CogniPower's Opening Brief, submitted herewith.

1

| | |
|---|---|
| **OF COUNSEL:**<br><br>Gary R. Sorden (*pro hac vice*)<br>Timothy J.H. Craddock (*pro hac vice*)<br>Niky R. Bagley (*pro hac vice*)<br>James R. Perkins (*pro hac vice*)<br>COLE SCHOTZ, P.C.<br>901 Main Street, Suite 4120<br>Dallas, Texas 75202<br>Tel: (469) 557-9390<br>Fax: (469) 533-1587<br>gsorden@coleschotz.com<br>tcraddock@coleschotz.com<br>nbagely@coleschotz.com<br>jperkins@coleschotz.com<br><br>Dated: February 23, 2022 | **COLE SCHOTZ P.C.**<br><br>/s/ Andrew L. Cole<br>Andrew L. Cole (No. 5712)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 652-3131 (Telephone)<br>(302) 652-3117 (Facsimile)<br>acole@coleschotz.com<br><br>*Attorneys for Defendant,*<br>*Cognipower LLC* |

59788/0001-42587946