# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation | : : : |
| Plaintiff, | : Case No.: 20-cv-00015-CFC : |
| v. | : : |
| COGNIPOWER LLC, | : JURY TRIAL REQUESTED : |
| Defendant. | : : : |

## **PROPOSED ORDER**

The Court, having reviewed the briefing and arguments on both sides regarding Defendant CogniPower, LLC's Motion for Attorney's Fees pursuant to Fed. R. Civ. P. 52(d)(2) and 35 U.S.C. § 285, hereby ORDERS that CogniPower's Motion is GRANTED.

Within fourteen days, Defendant shall submit to the Court an accounting of the attorney's fees it seeks with a brief explanation as to why those fees are reasonable. Plaintiff may then respond to Defendant's submission within fourteen days.

IT IS SO ORDERED, this _____ day of _____ 2022.

_____
The Honorable Colm F. Connolly

59788/0001-42587946