# **EXHIBIT 3**

**From:** Michael Headley <Headley@fr.com>
**Sent:** Wednesday, February 17, 2021 1:39 PM
**To:** Sorden, Gary <GSorden@coleschotz.com>
**Subject:** CogniPower/PI -- confidential & subject to 408 / mediation privilege

**[EXTERNAL EMAIL]**

Hi Gary,

I'm writing to follow up on our discussion regarding the upcoming mediation proceedings and the most efficient path forward for the parties now that Power Integrations has a formal seat at the table in the Anker case – attached per our discussion is a proposed dismissal of PI's separate case against CogniPower, to allow the parties to focus their efforts in their other case. Please let me know if you have any questions or want to talk through anything on this.

On a related note, we should also confirm to the Magistrate that there's no need for a call this coming Monday to discuss the issue of separate mediation sessions, as had been raised in pre-intervention submissions – any objection to having the DE folks e-mail the Magistrate's chambers to that effect?

Thanks.
Michael Headley
Managing Principal
Fish & Richardson P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
(650) 839-5139 (direct)

```
****************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
****************************************************************************
****************************************
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>COGNIPOWER LLC,<br><br>Defendant. | C.A. No. 20-cv-15-CFC |

## STIPULATION OF DISMISSAL

WHEREAS, Power Integrations, Inc. ("Power Integrations") has asserted that CogniPower LLC ("CogniPower") has infringed Power Integrations' U.S. Patent Nos. 9,374,011 and 9,166,486 (the "Patents-in-suit");

WHEREAS, Power Integrations asserts that CogniPower's "Demand Pulse Regulation" ("DPR") power supplies, as described in CogniPower's presentation entitled "Simplifying Efficient Low Power AC/DC Converters", presented at APEC 2019 ("APEC Presentation"), infringe the Patents-in-suit;

WHEREAS, CogniPower represents that it has never sold or offered for sale the power supplies described in the APEC Presentation, and

WHEREAS, CogniPower agrees that it will not make, sell, offer for sale or import into the U.S. a power supply the same as, or substantially identical to, the DPR power supplies described in the APEC Presentation, for the life of the Patents-in-suit,

Power Integrations and CogniPower HEREBY STIPULATE AND AGREE, pursuant to F.R.C.P. 41(a)(1)(A)(ii), that all claims and counterclaims in this matter shall be DISMISSED without prejudice, with each side to bear its own fees and costs.

| | |
|---|---|
| **FISH & RICHARDSON P.C.** | **COLE SCHOTZ P.C.** |
| */s/*  | */s/*  |
| Douglas E. McCann (No. 3852) | Michael F. Bonkowski (No. 2219) |
| Warren K. Mabey, Jr. (No. 5775) | Andrew L. Cole (No. 5712) |
| 222 Delaware Avenue, 17th Floor | 500 Delaware Avenue, Suite 1410 |
| P.O. Box 1114 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 652-3131 (Telephone) |
| dmccann@fr.com | (302) 652-3117 (Facsimile) |
| mabey@fr.com | mbonkowski@coleschotz.com |
| | acole@coleschotz.com |
| Frank E. Scherkenbach | |
| One Marina Park Drive | **OF COUNSEL:** |
| Boston, MA 02210-1878 | |
| scherkenbach@fr.com | Gary R. Sorden |
| | gsorden@coleschotz.com |
| Howard G. Pollack | Niky R. Bagley |
| Michael R. Headley | nbagley@coleschotz.com |
| 500 Arguello Street, Suite 500 | Timothy J.H. Craddock |
| Redwood City, CA 94063 | tcraddock@coleschotz.com |
| pollack@fr.com | 901 Main Street, Suite 4120 |
| headley@fr.com | Dallas, Texas 75202 |
| | Tel: (469) 557-9390 |
| **ATTORNEY FOR PLAINTIFF** | Fax: (469) 533-1587 |
| **POWER INTEGRATIONS, INC.** | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **COGNIPOWER LLC** |