# EXHIBIT A

| | |
|---|---|
| **From:** | Michael Headley |
| **Sent:** | Monday, January 31, 2022 3:19 PM |
| **To:** | Sorden, Gary |
| **Cc:** | Cole, Andrew; Perkins, James; Bagley, Niky; Craddock, Tim; David Sasso (Sasso@Watershediplaw.com); Warren Mabey, Jr.; Kim Kilby |
| **Subject:** | RE: Power Integrations, Inc. v. CogniPower LLC, C.A. No. 20-15, Courtesy copy of Court filing |

Hi Gary,

Thanks for your e-mail.  The phrasing in the proposed order is a typo – all of the claims and defenses should be dismissed <u>without</u> prejudice in view of the covenant, per the case law we cited and the relief requested in our opening brief.

Apologies for the confusion.

Michael Headley
Managing Principal
Fish & Richardson P.C.
500 Arguello St., Suite 400
Redwood City, CA 94063
(650) 839-5139 (direct)

---

**From:** Sorden, Gary <GSorden@coleschotz.com>
**Sent:** Monday, January 31, 2022 11:39 AM
**To:** Kim Kilby <kilby@fr.com>; Cole, Andrew <ACole@coleschotz.com>; Perkins, James <JPerkins@coleschotz.com>; Bagley, Niky <NBagley@coleschotz.com>; Craddock, Tim <TCraddock@coleschotz.com>
**Cc:** Warren Mabey, Jr. <mabey@fr.com>; Michael Headley <Headley@fr.com>; David Sasso (Sasso@Watershediplaw.com) <Sasso@Watershediplaw.com>
**Subject:** RE: Power Integrations, Inc. v. CogniPower LLC, C.A. No. 20-15, Courtesy copy of Court filing

[This email originated outside of F&R.]


All,

PI's motion asks for PI's infringement claims to be dismissed without prejudice (see page 5). But then your order asks for your infringement claims and our defenses as well as counterclaims to be dismissed with prejudice. We believe the order should read PI's claims are dismissed with prejudice and our counterclaims and defenses are dismissed without prejudice. Your motion asks for all claims to be dismissed without prejudice but the order requests that all claims including our counterclaims be dismissed with prejudice.

Please confirm PI's position and the relief it seeks via the motion.

Best,

Gary

1

# Cole Schotz P.C.

**Gary R. Sorden**
**Member**
901 Main Street | Suite 4120 | Dallas, TX | 75202
Direct 469.557.9397 | Firm 469-557-9390 | Fax 469.466.6231 | gsorden@coleschotz.com
New Jersey    |    New York    |    Delaware    |    Maryland    |    Texas    |    Florida
vCard    |    bio    |    website

Legal Practice Assistant: Adrienne Hickey | 469-557-9390, ext. 9393 | ahickey@coleschotz.com

Click here to visit our Covid-19 Resource Center for important legal updates.


**From:** Kim Kilby <kilby@fr.com>
**Sent:** Wednesday, January 12, 2022 3:38 PM
**To:** Cole, Andrew <ACole@coleschotz.com>; Sorden, Gary <GSorden@coleschotz.com>; Perkins, James <JPerkins@coleschotz.com>; Bonkowski, Michael <MBonkowski@coleschotz.com>; Bagley, Niky <NBagley@coleschotz.com>; Craddock, Tim <TCraddock@coleschotz.com>
**Cc:** Warren Mabey, Jr. <mabey@fr.com>; Michael Headley <Headley@fr.com>
**Subject:** Power Integrations, Inc. v. CogniPower LLC, C.A. No. 20-15, Courtesy copy of Court filing


**[EXTERNAL EMAIL]**


Dear counsel:

Attached please find your courtesy copy of the following which was filed with the Court today.


**D.I. 39 Docket Text:**
**MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter - filed by Power Integrations, Inc.. (Attachments: # (1) Text of Proposed Order)(Mabey, Warren)**

**D.I. 40 Docket Text:**
**OPENING BRIEF in Support re [39] MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter filed by Power Integrations, Inc.. Answering Brief/Response due date per Local Rules is 1/26/2022. (Mabey, Warren)**

**D.I. 41 Docket Text:**
**DECLARATION re [39] MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *Michael R. Headley* by Power Integrations, Inc.. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Mabey, Warren)**

**Kim Kilby ::** Legal Secretary/Admin Trainer **::** Fish & Richardson P.C.

302 778 8402 direct **::** 302 547 5604 mobile **::** kilby@fr.com

```
*******************************************************************************
**************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the
original message.
*******************************************************************************
**************************
```

\* \* \* \* \* \*

This e-mail message from Cole Schotz P.C. is private and may contain privileged information. If you are not the intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.