# EXHIBIT A



# Simplifying Efficient Low Power AC/DC Converters



Thomas Lawson

Founder and President

March 19, 2019

# *Requirements for Low-Power AC/DC*

- Low cost

- High efficiency

- Minimum no-load power

- Ease of digital control

- Small size

- Good transient response

- High reliability

- Low cost



© CogniPower, LLC 2019



2

# *Demand Pulse Regulation (DPR) Fits the Bill*

Demand Pulse Regulation is a new approach to low-power AC/DC supplies

DPR provides the simplest, most robust structure yet devised for controlling such power converters

Most of the control is on the secondary side, where the electrical environment is easier to deal with

Regulation and transient response are uncompromised and digital interfacing is easy



© CogniPower, LLC 2019

3

# *Block Diagram of DPR Power Converter*



© CogniPower, LLC 2019

# *How Does it Work?*

The primary side side switch is turned on by demand pulses sent through the pulse transformer

The primary side switch is turned off by the switch drive control on the basis of the primary current or time

The decision to turn on the switch is made at the optimum point through a simple comparison

The only information that needs to cross the barrier is an instant in time



© CogniPower, LLC 2019



# DPR Waveforms



© CogniPower, LLC 2019



# *DPR Waveforms Explained*

Whenever the instantaneous output falls below the regulation point, a demand pulse is generated

At the left, during start-up, the demand pulses are sent at the maximum frequency allowed

Demand pulses are seen to spread out at low load

The 1st primary side switch pulse is the start-up pulse, which brings up the secondary side supply



© CogniPower, LLC 2019

# DPR Performance



A simple 2-transistor error amplifier running on next-to-no power supply current produces good results

A 30 to 300 mA load step is shown here

The output voltage falls within a 200 mV envelope

Tighter regulation requires only a little more supply current for the error amplifier

© CogniPower, LLC 2019

**CogniPower**
*power smarter*

8

# DPR Efficiency

Measured efficiency of a 10 volt output prototype:

## 95.6% at 12.5% of full load

Newer designs exceed 96% efficiency at 5 volts output from 10 to 100% of full load

Efficiency holds up at low load because of the excellent no-load power consumption, which can be reduced to under 400 micro Watts

Secondary side control enables simpler, more efficient, synchronous rectification as an added bonus



© CogniPower, LLC 2019

# *Digital Interfacing*

Because the regulation intelligence resides on the secondary side, digital interfacing is straightforward

Additional communication across the isolation barrier is not required when adding additional protocols

There is no compensated feedback loop required for regulation so the output can be simply set to an arbitrary, digitally chosen voltage





© CogniPower, LLC 2019

10

# *Practicalities, Let's Get Real*

Switching in and out of continuous mode does not upset DPR control

The signal transformer can be tiny, with a single stitch of wire each, for primary and secondary

The primary side control chip can be a simplified version of an ordinary primary side control chip which needs only to generate one start-up pulse, to turn on the switch when a demand pulse is detected, and to shut off the switch at a preset current

The key to building a practical DPR power converter is the secondary side circuitry

© CogniPower, LLC 2019



# *An Actualized Secondary Side DPR Circuit*



The upper block:
Reference
Differential error amp
Main transformer
Rectifier and Filter

The lower block, DPG:
Local power supply
Control from error amp
Demand Pulse Generator
   trigger circuit
Pulse transformer

© CogniPower, LLC 2019

# *Functions Provided by the DP Generator*

The DPG makes a very fast current pulse from a slowly changing error signal, while using practically no power

That very fast edge propagates easily through a minimal, inexpensive, non-critical pulse transformer

The DPG sets the maximum frequency of operation

The DPG output frequency is in proportion to the magnitude of the error signal, allowing smooth operation, even into and out of continuous conduction

And, the DPG itself does not require regulated power



© CogniPower, LLC 2019

# *Demand Pulse Generator Waveforms*



10mA
pulse

40ns
wide

© CogniPower, LLC 2019

14

# DPR Advantages Compared to Alternatives

The Demand Pulse Generator provides all the feedback needed for a DPR power converter simply and efficiently

The alternatives have these well known disadvantages:

Optocouplers are slow, power-hungry and they age

Reflected voltages generally require extra transformer windings, they are imperfect representations of the output voltage, and inherent delay falls inside the control loop, requiring compensation and slowing transient response

Use of reflected voltages places demands on transformer construction that conflict with maximizing efficiency

© CogniPower, LLC 2019

**CogniPower**
power smarter

# *Summary of DPR Efficiency Gains*

Ultra-low standby power enables unmatched low load efficiency

Advance notice from secondary side control for when the primary side switch is about to turn on enables simpler, more efficient synchronous rectification

Uncompromised power transformer design enables better coupling, and therefore less need for dissipative snubbing

Simple, efficient circuitry means less waste heat, smaller size, higher reliability, and most importantly, <span style="color:red">lower cost</span>



© CogniPower, LLC 2019

# *Other Uses for DPG*

Ultra-low standby power is important for more than just USB chargers

Any device that includes circuitry that is always on can benefit from lower standby power, including:

- IoT
- Smart appliances
- Computer standby supplies
- LED lighting
- TVs, or any equipment turned on by a remote
- Communications infrastructure

© CogniPower, LLC 2019

**CogniPower**
*power smarter*

# *Other Uses for DPG Trigger Circuit*

Slowly changing signals fed to digital logic draw extra current when they are in the indeterminate region, and that extra current can be many times the power otherwise required for operation

A buffer circuit can be made from two complementary DPG trigger circuits to produce a crisp logic level output from a very slowly changing voltage input signal

Applications include accelerating a slow clock edge, and interfacing an analog sensor to a digital alarm circuit

The DPG trigger circuit also enables building ultra-low power oscillators with fast edges



© CogniPower, LLC 2019

# *Other Intellectual Property*

Predictive Energy Balancing for superior control of all types of power converters

Compound Converter for near-ideal Power Factor Correction without requiring a separate power stage

Bidirectional power converters and amplifiers

Full-duplex digital isolation

Techniques for faster-settling circuits

Multiplexed inductor and inductorless power converters

**CogniPOWER**
*power smarter*

© CogniPower, LLC 2019

19

# *Questions?*

## Come see us in Booth 732

## Thank you



Early **DPR Prototype**

CogniPower technology is covered by 23 issued patents in the US and abroad, with more pending

info@cognipower.com        www.cognipower.com

© CogniPower, LLC 2019